

# NUMBER 13-23-00053-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE PAUL DAVID ALTHEIDE

## On Petition for Writ of Mandamus.

# ORDER

### Before Justices Benavides, Tijerina, and Peña
### Order Per Curiam

On February 8, 2023, relator Paul David Altheide filed a petition for writ of mandamus and an emergency motion for temporary relief in the above-referenced cause. By petition for writ of mandamus, relator contends that the trial court abused its discretion by issuing an order on February 7, 2023 requiring relator to comply with a subpoena duces tecum. By emergency motion for temporary relief, relator seek to stay the February 7, 2023 order pending resolution of this petition for writ of mandamus.

This Court, having examined and fully considered relator's emergency motion for

temporary relief, is of the opinion that it should be granted. Accordingly, we grant the emergency motion for temporary relief, and we order the February 7, 2023 order to be stayed pending the resolution of this original proceeding. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). We request the real parties in interest, Margaret Doughty and Edith Gower, or any others whose interest may be directly affected by the relief sought, including but not limited to Chelette Baker, Samantha Garcia, Karmen Schuster, and Yaalx Inc., to file a response to the petition for writ of mandamus within ten (10) days from the date of this order. *See id.* R. 52.4, 52.8.

PER CURIAM

Delivered and filed on the
8th day of February, 2023.

2